# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WCC CABLE, INC., a Virginia Corporation;<br><br>        Plaintiff,<br><br>  vs.<br><br>G4S TECHNOLOGY LLC, n/k/a G4S SECURE INTEGRATION, LLC, a Delaware limited liability company; and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>        Defendants. | 8:17CV483<br><br>ORDER |
| G4S TECHNOLOGY, LLC, n/k/a G4S SECURE INTEGRATION, LLC, a Delaware limited liability company;<br><br>        Plaintiff,<br><br>  vs.<br><br>WCC CABLE, INC., a Virginia corporation; and IRONSHORE INDEMNITY, INC., a Minnesota corporation;<br><br>        Defendants. | 8:17CV182<br><br>ORDER |

This matter is before the Court following the transfer into this district of *WCC Cable, Inc. v. G4S Technology LLC et al.*, Case No. 8:17cv483. Pursuant to the Order dated December 15, 2017 (the "Consolidation Order") (Filing No. 50 in Case No. 8:17cv483), this case was consolidated with *G4S Technology, LLC, v. WCC Cable, Inc. et al.*, Case No. 8:17cv182. The Consolidation Order remains in effect. The Court enters this order to clarify differences in case numbering and filing practices now that the cases have been transferred to the District of Nebraska. Accordingly,

**IT IS ORDERED:**

1. The Consolidation Order dated December 15, 2017, Filing No. 50 in *WCC Cable, Inc. v. G4S Technology LLC et al.*, Case No. 8:17cv483, remains in effect. The two above-captioned cases are consolidated for all purposes.
   a. The Court designates Case No. 8:17cv483 as the "Lead Case" and Case No. 8:17cv182 is designated as the "Member Case."
   b. The Court's CM/ECF System has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in the Member Case. The parties are instructed to file documents in the Lead Case and to select the option "yes" in response to the System's question whether to spread the text.
   c. The parties may not use the spread text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.
   d. If a party believes an item in addition to those described in paragraph b. should not be filed in all the consolidated cases, the party must move for permission to file the item in the Member Case. The motion must be filed in both the consolidated cases using the spread text feature.
2. The Clerk of Court is directed to reopen *G4S Technology, LLC, v. WCC Cable, Inc. et al.*, Case No. 8:17cv182.

Dated this 21st day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge