# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WCC CABLE, INC., a Virginia Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>G4S TECHNOLOGY LLC, n/k/a G4S SECURE INTEGRATION, LLC, a Delaware limited liability company; and LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Defendants. | 8:17CV483<br><br>ORDER |
| G4S TECHNOLOGY, LLC, n/k/a G4S SECURE INTEGRATION, LLC, a Delaware limited liability company;<br><br>Plaintiff,<br><br>vs.<br><br>WCC CABLE, INC., a Virginia corporation; and IRONSHORE INDEMNITY, INC., a Minnesota corporation;<br><br>Defendants. | 8:17CV182<br><br>ORDER |

This matter is before the Court following counsel's June 1, 2018, email notification that the parties have scheduled mediation of this case for July 11, 2018, in Fredericksburg, Virginia. The parties have selected James W. Barkley of Morin & Barkley LLP, 455 Second Street, S.E., Suite 200, Charlottesville, Virginia 22902, as the mediator. The parties request that these cases be stayed pending the outcome of mediation, and request that Liberty Mutual's attendance at the mediation be optional. Accordingly,

**IT IS ORDERED:**

1. All case progression deadlines, including the Rule 26(f) Report deadline, are stayed pending the outcome of mediation.
2. On or before **July 18, 2018**, the parties shall notify the Court regarding the outcome of mediation.

Dated this 4th day of June, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge